AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| United States of America | ) |
| v. | ) |
| STEVEN DOUGLAS | ) Case No: 1:05CR346-004 |
| | ) USM No: 55042-060 |
| Date of Previous Judgment: 02/09/2006 | ) MICHAEL SCALA |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons X the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __70 Months__ months **is reduced to** __60 months__

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __23__         Amended Offense Level: __21__
Criminal History Category: __IV__      Criminal History Category: __IV__

Previous Guideline Range: __70__ to __87__ months    Amended Guideline Range: __60__ to __71__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐  Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __02/09/2006__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __October 23, 2008__

Judge's signature

Effective Date: _____
(if different from order date)

Christopher A. Boyko, U.S. District Court Judge
Printed name and title